FILED

2008 JUN -4 PM 3:46

CLERK US ~~~~~~
SOUTHERN DISTRICT OF CALIFORNIA

BY ___RN\X___ DEPUTY

**PLAINTIFF/PETITIONER/MOVANT'S NAME** JOSEPH CARLINO

**PRISON NUMBER**

**PLACE OF CONFINEMENT**

**ADDRESS** 1814 5TH AVE #3
SAN DIEGO, CA 92101

# United States District Court
## Southern District Of California

JOSEPH CARLINO

Plaintiff/Petitioner/Movant

v.

WASHINGTON MUTUAL

Defendant/Respondent

Civil No. _____

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

'08 CV 0995 H JMA

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?     Yes   (No)    (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution?          | Yes   | No
   Do you receive any payment from the institution?     Yes     No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed?    Yes    No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

_____

_____

_____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

_____

_____

_____

3. In the past twelve months have you received any money from any of the following sources?:

   a. Business, profession or other self-employment     Yes   No
   b. Rent payments, royalties interest or dividends     Yes   No
   c. Pensions, annuities or life insurance     Yes   No
   d. Disability or workers compensation     Yes   No
   e. Social Security, disability or other welfare     Yes   No
   e. Gifts or inheritances     Yes   No
   f. Spousal or child support     Yes   No
   g. Any other sources     Yes   No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

Social Security Disability Award net o medicare of $1567 per month less Alimony of $320 per Month

4. Do you have any checking account(s)?    Yes    No
   a. Name(s) and address(es) of bank(s): WASHINGTON MUTUAL    WELLS FARGO BANK
   b. Present balance in account(s): $1.84    .08 cents

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?    Yes    No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?    Yes    No
   a. Make:    Year:    Model:
   b. Is it financed?    Yes    No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   Yes  (No)
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   *SELF     100%*

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   *NUMEROUS   CREDITORS    AGGREGATE   DEBTS
   IN EXCESS OF $10,000*

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

    *NONE*

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

*6-4-2008*
DATE

_____
SIGNATURE OF APPLICANT