JOSEPH CARLINO
1814 5TH AVE #3
SAN DIEGO, CA 92101
619.488.7555

FILED
2008 JUN -4 PM 3:47

CLERK US
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JOSEPH CARLINO                )  Civil No. '08 CV 0995 H JMA
                              )
                              )  REQUEST FOR APPOINTMENT OF
                              )  COUNSEL UNDER THE CIVIL RIGHTS
           v.                 )  ACT OF 1964, 42 U.S.C. 2000e 5(f)(1);
                              )  DECLARATION IN SUPPORT OF
WASHINGTON MUTUAL             )  REQUEST
                              )
                              )
_____)

1.   I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

   A.   my claim is meritorious (that is, I have a good case), and

   B.   I have made a reasonably diligent effort to obtain counsel, and

   C.   I am unable to find an attorney willing to represent me on terms that I can afford.

2.   A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3.   A.   Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

        ____ Yes        ____ No

1

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

    B.    Do you question the correctness of the Commission's "no reasonable cause" determination?

    ____ Yes    ____ No

    C.  If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? <u>Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel</u>.

(Attach additional sheets as needed)

4. Have you talked with any attorney about handling your claim?

\_\_\_\_\_ Yes        \_\_\_\_\_ No

If "YES," give the following information about <u>each</u> attorney with whom you talked:

Attorney: _____

When: _____

Where: _____

How (by telephone, in person, etc.): _____

Why attorney was not employed to handle your claim: _____

_____

_____

_____

Attorney: _____

When: _____

Where: _____

How (by telephone, in person, etc.): _____

Why attorney was not employed to handle your claim: _____

_____

_____

_____

Attorney: _____

When: _____

Where: _____

How (by telephone, in person, etc.): _____

Why attorney was not employed to handle your claim: _____

_____

_____

(Attach additional sheets as needed)

```
 1    5. Explain any other efforts you have made to contact an attorney to handle your claim:
 2
 3
 4
 5
 6    6. Give any other information which supports your application for the court to appoint an
 7    attorney for you:
 8
 9
10
11
12    7. Give the name and address of each attorney who has represented you in the last 10 years
13    for any purpose:
14
15
16
17
18
19  (Attach additional sheets as needed)
20    8. I cannot afford to obtain a private attorney. The details of my financial situation are listed
21    below:
22          A.    Employment
23    Are you employed now?    ___ yes   X no   ___ am self-employed
24    Name and address of employer:
25
26
27
28
```
5. Explain any other efforts you have made to contact an attorney to handle your claim:

6. Give any other information which supports your application for the court to appoint an attorney for you:

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose:

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A. <u>Employment</u>

Are you employed now?  ___ yes  _X_ no  ___ am self-employed

Name and address of employer:

1   If employed, how much do you earn per month? _____
2   If not employed, give month and year of last employment: __Nov 1998__
3   How much did you earn per month in your last employment? __$2000__
4   If married, is your spouse employed? ___ yes ___ no
5   If "YES," how much does your spouse earn per month? _____
6   If you are a minor under age 21, what is your parents' or guardians' approximate monthly
7   income? _____
8

9      B.    Assets

10         (i)    Other Income

11   Have you received within the past 12 months any income from a business, profession or other
12   form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity
13   payments or other sources? ___ yes _X_ no

14   If "YES," give the amount received and identify the sources:

15      $ Received                  Source
16
17
18
19
20
21
22
23
24
25
26
27
28   (Attach additional sheets as necessary)

  (ii) <u>Cash</u>

Have you any cash on hand or money in savings or checking accounts? __X__ yes ____ no
If "YES," state total amount: $1.84 + .08 = $1.92

  (iii) <u>Property</u>

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ____ yes __X__ no
If "YES," give value and describe it:

| <u>Value</u> | <u>Description</u> |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

 C. <u>Obligations and Debts</u>

  (i) <u>Dependents</u>

Your marital state is: ____ single ____ married __X__ widowed, separated or divorced.
Your total number of dependents is: ONE

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| <u>Name/Relationship</u> | <u>Monthly Support Payment</u> |
|---|---|
| SELF | $1200 |
| | |
| | |
| | |
| | |
| | |

6

(ii) **Debts and Monthly Bills**

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|
| Rent: NEW PALACE HOTEL | 6 MO LEASE | $385/mo |
| Mortgage on Home: | | |
| Others: NUMEROUS CREDITORS AGGREGATE DEBTS IN EXCESS OF $10,000 USD | | |

9. **Signature**

I declare under penalty of perjury that the above is true and correct.

Dated: 6/4/2008

_/s/ Jhn Carlton_
Signature

(Notarization is not required)